IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COUNTY SHERIFF<br>DAVID O. LIVINGSTON, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 11-2803 JSW (PR)<br><br>**ORDER DENYING REQUEST<br>FOR COURT INTERVENTION** |

　　　　Plaintiff, an inmate in the Contra Costa County Jail, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. Defendants' motion to dismiss the complaint was granted because Plaintiff had not exhausted his administrative remedies prior to filing suit. The case was dismissed without prejudice to filing a new action after Plaintiff properly exhausted his claims, and judgment was entered in Defendants' favor. Plaintiff has written letters to the Court "requesting" the Court's to order the Contra Costa County Sheriff's Department to comply with their administrative grievance policy and procedures in connection with his efforts to exhaust his claims. As judgment has been entered and this case closed, orders for injunctive relief of the kind Plaintiff seeks are no longer available in this case. Plaintiff may file a new complaint in a new case in which he requests such relief, but it is not available in this case. Furthermore, Plaintiff should not send letters to the Court. Communications with the Court, including requests for

1 relief, must be made in motions or other pleadings that comply with the Federal Rules of
2 Civil Procedure and the local rules, not in letters.
3     IT IS SO ORDERED.
4 DATED: February 1, 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN L. HOPKINS,

        Plaintiff,

  v.

SF POLICE DEPT. et al,

        Defendant.

Case Number: CV11-02803 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Lamar Hopkins
Contra Costa Detention Facility
5555 Giant Highway
CC11CZ851
Richmond, CA 94806

Dated: February 1, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk